■ MARIO PIETRANTONI et al., Appellants, v EDUARDO GALAN, Defendant, and LANCE J. MARK, PLLC, et al., Respondents. [53 NYS3d 843]—Appeal from an order of the Supreme Court, Monroe County (Renee Forgensi Minarik, A.J.), entered June 28, 2016. The order granted the motion of defendants Lance J. Mark, PLLC, and Lance J. Mark, Esq., to dismiss the complaint against them and dismissed the complaint against said defendants.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Lindley, DeJoseph, NeMoyer and Curran, JJ.